IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TREY ALLEN SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SECURED TECH SOLUTIONS LLC doing business as SECURED TECH,<br><br>Defendant. | ) | 1:26-CV-1212 |

**ORDER**

The United States Magistrate Judge filed a text recommendation in accordance with 28 U.S.C § 636(b), *see* 10/16/2026 Text Rec., and the Clerk served the recommendation on the plaintiff. Doc. 7. No objections were filed. Upon consideration, the Court adopts the Magistrate Judge's recommendation.

It is **ORDERED** that:

1. The plaintiff's claims for race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 and under 42 U.S.C. § 1981 **SHALL** proceed;
2. The plaintiff's claim for disability discrimination under the Americans with Disabilities Act of 1990, is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);
3. The plaintiff's state-law claims for unpaid wages are **DISMISSED** without prejudice under 28 U.S.C. § 1367.

This the 16th day of November, 2026.

SENIOR UNITED STATES DISTRICT JUDGE